

# Summons

In the matter of Nissan North America, Inc. & Subsidiaries
Internal Revenue Service (Division): Large and Midsize Business
Industry/Area (name or number): Retail, Food, Pharmaceuticals, and Healthcare
Periods: FYE March 31, 2006 and March 31, 2007

## The Commissioner of Internal Revenue

To: Nissan North America, Inc. & Subsidiaries

At: Nissan North America, Inc. & Subsidiaries, One Nissan Way, Franklin, Tennessee 37068

You are hereby summoned and required to appear before Steve White and/or Mike Prespare an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See Attachment A to summons issued March 2, 2010 to Nissan North America, Inc. & Subsidiaries.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
Internal Revenue Service, 801 Broadway - Stop 21 Room 375, Nashville, TN 37203 Tel. No. 615-250-5136, 615-250-5367

Place and time for appearance at Internal Revenue Service, 801 Broadway - Mail Stop 21 Room 375, Nashville, TN 37203

**IRS** on the 15th day of March 2010 at 9:00 o'clock A m.
Issued under authority of the Internal Revenue Code this 2nd day of March, 2010.

Department of the Treasury
Internal Revenue Service
www.irs.gov

Signature of issuing officer — INTERNAL REVENUE AGENT / Title

Form 2039 (Rev. 12-2008)
Catalog Number 21405J

Signature of approving officer (if applicable) — Title

Original — to be kept by IRS

**Exhibit A**



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| MARCH 2, 2010 | 8:03 AM CST |

**How Summons Was Served**

1. ☑ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Nissan North America, Inc. & Subsidiaries
Nissan North America, Inc. & Subsidiaries, One Nissan Way, Franklin, Tennessee 37068

| Signature | Title |
|---|---|
| [signed] | INTERNAL REVENUE AGENT |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____   Time: _____

Name of Noticee: Nissan North America, Inc. & Subsidiaries

Address of Noticee (if mailed): Nissan North America, Inc. & Subsidiaries

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| | |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | |

Form **2039** (Rev. 12-2008)

Provide complete signed and executed contracts, management letters, and agreements with the following vendors:

| Vendor NAME | Vendor NUM |
|---|---|
| BAKER & MCKENZIE | AB0303001 |
| BAKER & McKENZIE - WASHINGTON, DC | L0400686 |
| BECHER & CARLSON RISK MGMT INC. | AB0161601 |
| BEECHER CARLSON | ACHW077 |
| BINGHAM McCUTCHEN, LLP | L0038500 |
| CONDE GROUP INC | AC0014801 |
| DELOITTE & TOUCHE | 0003069800 |
| DELOITTE & TOUCHE LLP | AD0196901 |
| DELOITTE & TOUCHE LLP | AD0306901 |
| DELOITTE CONSULTING LLP | AD0187001 |
| DELOITTE TAX LLP | AD0196902 |
| DELOITTE TAX LLP | 0003069800 |
| ERNST & YOUNG | AE0261402 |
| ERNST & YOUNG LLP | AE0262803 |
| ERNST & YOUNG LLP | AE0262801 |
| ERNST AND YOUNG | AE00027301 |
| KPMG LLP | AK0112202 |
| KPMG LLP | AK0007301 |
| Kraft CPA'S PLLC | 0003941100 |
| LATHAM & WATKINS | L0003603 |
| LATHAM AND WATKINS - CHICAGO | L0003600 |
| MARSH RISK & INSURANCE SERVICES | AT0211201 |
| MARSH RISK & INSURANCE SERVICES | 0008009679 |
| MARSH RISK & INSURANCE SERVICES | L0400415 |
| MARSH RISK & INSURANCE SVCS | AM0017401 |
| PRICEWATERHOUSECOOPERS | AP0327301 |
| PRICEWATERHOUSECOOPERS LLP | AC0468302 |
| PRICEWATERHOUSECOOPERS LLP | AP0304001 |
| PRICEWATERHOUSECOOPERS LLP | AP0011601 |
| PRICEWATERHOUSECOOPERS, LLP | L0400597 |

Should you allege that any of the documents sought in this summons are subject to privilege of any sort, provide a privilege log for each such document. Said privilege log must include the date of the document, identification of the author and all parties identified in the document, subject matter of the document, specific privilege asserted with respect to the document and a list of every person or entity to whom the document has been shown or provided.

Documents provided on February 25, 2010 in response to Information Document Request COR-21 identified as Exhibits 1 through 8 are not requested.