UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al. | ) | |
| | ) | No. 3:10-0548 |
| v. | ) | JUDGE CAMPBELL |
| | ) | |
| NISSAN NORTH AMERICA, INC. & | ) | |
| SUBSIDIARIES | ) | |

## ORDER

The United States and Steve C. White, Revenue Agent of the Internal Revenue Service ("IRS"), who is employed in Large and Mid-Sized Business, Retailers, Food, Pharmaceuticals & Healthcare, Territory 7, in Nashville, Tennessee, filed a Petition To Enforce Internal Revenue Service Summons under 26 U.S.C. §§ 7402(b) and 7604(a). (Docket Nos. 1 & 1-1) The petition is supported by Revenue Agent White's Declaration. (Docket No. 2) Nissan North America, Inc., and its subsidiaries ("Nissan") has filed a response (Docket No. 14), and the IRS has filed a Memorandum Of Law In Support Of Petition (Docket No. 14).

The Court held a hearing on December 30, 2010. For the reasons explained in the accompanying Memorandum, the Petition To Enforce Internal Revenue Service Summons (Docket No. 1) filed by the United States and Steve C. White, Revenue Agent of the Internal Revenue Service, is hereby GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE