IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. | ) |
| | ) |
| v. | ) NO. 3-10-0548 |
| | ) JUDGE CAMPBELL |
| NISSAN NORTH AMERICA, INC., et al. | ) |

ORDER

The Petitioners have filed a Notice of Compliance (Docket No. 31), indicating that Respondents have appeared and produced the information requested in the Government's enforcement summons and asking that this proceeding should be dismissed without prejudice.

Accordingly, this action is DISMISSED without prejudice, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE